Stephen Newell, Respondent, *v.* Adelia S. Roberts, Appellant.

(Submitted June 20, 1873; decided September term, 1873.)

This action was brought to recover a balance claimed to be due for plaintiff's services and disbursements in erecting certain houses for defendant in the city of Brooklyn.

Plaintiff was employed by the husband of the defendant, who acted as general agent for his wife, and who was specially

authorized by her to employ plaintiff as foreman upon several houses that she was erecting. The husband did not disclose his agency, and plaintiff was ignorant that defendant owned the houses. Defendant was also building a number of houses for himself upon which he also employed plaintiff as foreman. During the entire time of the employment plaintiff made all his charges and kept his accounts against the husband. He worked wherever he was directed, and made no distinction in his charges as to the houses he worked upon. Upon this state of facts the referee found defendant liable for all plaintiff's work and disbursements. *Held*, error; that she was only liable for the work and disbursements upon her own houses, and the fact that plaintiff did not know to whom the houses belonged, and kept no separate accounts, did not enlarge her liability. Also *held*, that her liability was not affected by the fact that some of the houses built for the husband were subsequently conveyed by him to the defendant, nor by the fact that most of the material for defendant's houses was bought in the name of the husband, and that he kept no separate account of the money or of the material so used.

*James Crombie* for the appellant.

*E. Sprout* for the respondent.

EARL, C., reads for reversal and new trial.
All concur.
Judgment reversed.